1

2

3

4

5

6                      UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8  ERNEST BRUTON,                          )
                                           )
9                        Plaintiff,        )    Case No. C10-780-RAJ
                    v.                      )
10                                          )    **ORDER DISMISSING § 1983
   AUBURN CITY POLICE DEPARTMENT,          )    ACTION**
11 et al.,                                  )
                                           )
12                       Defendants.        )

13      The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United

14 States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

15         (1)  The Court adopts the Report and Recommendation.

16         (2)   The complaint and this § 1983 action are **DISMISSED** without prejudice for

17 failure to prosecute.  Local Rule CR 41(b)(2).

18         (3)  The Clerk is directed to send copies of this Order to plaintiff and to Judge

19 Tsuchida.

20      DATED this 17th day of December, 2010.

21

22                                    _____
                                      The Honorable Richard A. Jones
23                                    United States District Judge

ORDER DISMISSING § 1983 ACTION- 1